October 16, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

ROBERT P. LESLIE, Appellant

NO. 14-13-00600-CV                    V.

JEFFREY R. HILL AND ANTHONY T. HILL, Appellees

_____

This cause, an appeal from the trial court's May 13, 2013 order confirming the arbitration award in favor of appellant, Robert P. Leslie, but refusing to sign a final judgment on that confirmed arbitration award, was heard on the transcript of the record. We have inspected the record and find the trial court erred when it refused to sign a final judgment after confirming the arbitration award. We therefore **REVERSE** the portion of the order of the court below refusing to render judgment and **RENDER** judgment in full accordance with the Award of Arbitrator attached hereto as Exhibit A. It is further **ORDERED** that the entirety of the Award of Arbitrator is incorporated into and made a part of this judgment as if fully reproduced and set forth herein.

We further order that all costs incurred by reason of this appeal be paid jointly and severally by appellees, Jeffrey R. Hill and Anthony T. Hill.

We further order this decision certified below for observance.

# AMERICAN ARBITRATION ASSOCIATION

## COMMERCIAL ARBITRATION TRIBUNAL

---

IN THE MATTER OF THE ARBITRATION BETWEEN

*ROBERT P. LESLIE V. JEFFREY R. HILL AND ANTHONY T. HILL*

RE:    69 180 0016110

ADMINISTRATOR: Valerie Bagsby

---

## AWARD OF ARBITRATOR

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into by the above-named Parties and dated October 17, 2007, and having duly heard the proofs and allegations of the Parties, hereby AWARD as follows:

Jeffrey R. Hill and Anthony T. Hill ("Respondents") shall be liable jointly, severally and *in solido*, to pay to Robert P. Leslie ("Claimant") the following:

1.  The sum of $78,443.89, together with legal interest thereon from October 17, 2007 until paid;

2.  The sum of $36,666.67, together with legal interest thereon from September 1, 2010 until paid;

3.  An amount equal to 40% of the sums due, including accrued interest, with respect to items (1) and (2) at the time those sums are finally paid, representing the reasonable attorneys fees incurred by Claimant to enforce Respondents' obligations; and

4.  The sum of $848.75, together with legal interest thereon from the date of this Award until paid.

The administrative filing and case service fees of the AAA, totaling $2,150.00, shall be borne jointly, severally and *in solido,* by Jeffrey R. Hill and Anthony T. Hill.

The other administrative fees of the AAA, totaling $600.00, shall be borne jointly, severally and *in solido,* by Jeffrey R. Hill and Anthony T. Hill.

The fees and expenses of the arbitrator, totaling $6,370.00, shall be borne jointly, severally and *in solido,* by Jeffrey R. Hill and Anthony T. Hill.

Therefore, Jeffrey R. Hill and Anthony T. Hill shall be liable jointly, severally and *in solido*, to reimburse Robert P. Leslie the sum of $9120.00, representing that portion of said fees and expenses in excess of the apportioned costs previously incurred by Robert P. Leslie



EXHIBIT

1065413v.1

This Award is in full settlement of all claims submitted to the Arbitrator. All claims not expressly granted herein are hereby denied.

SIGNED: _Stephen Bullock_    DATED: _August 12, 2011_
Stephen G. Bullock, Arbitrator

-2-

1065413v.1

22